UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

TROY D. KELLOGG and
SHARON KELLOGG,

               Plaintiff,


           -v-

MICHIGAN MILLERS
MUTUAL INSURANCE
COMPANY,


               Defendant

_____

**6:17-cv-06242 MWP**
USCA:



**CLERK'S CERTIFICATE /
INDEX**

      I, MARY C. LOEWENGUTH, Clerk of the U.S. District Court for the Western District of New York, DO HEREBY CERTIFY that the foregoing docket entries, with the exception of any documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the above entitled action.

      **The following documents are not available electronically and are currently maintained in traditional fashion in the Western District of New York's lead office:**

      Docket No. n/a

      Upon your request, we will make the above documents available to you.


               MARY C. LOEWENGUTH
               Clerk of Court
               United States District Court


               By: s/ Tricia M. Frisa
               _____
               Deputy Clerk



DATED:     April 23, 2019

           Rochester, NY